**FILED**

JAN 0 6 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09-bk-06979-RTBP |
| ANDREW C BAILEY | Chapter: 11 |
| *Debtor(s)* | |

| | |
|---|---|
| ANDREW C. BAILEY | Adversary No.: 2:09-ap-01731-RTBP |
| *Plaintiff(s)* | |
| v. | |
| WELLS FARGO BANK NA et al. | |
| *Defendant(s)* | |

## CERTIFICATE OF SERVICE

I, __Andrew C. Bailey__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __12/31/2009__ by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Tiffany & Bosco PA, attention Leonard McDonald
2525 East Camelback Rd, Suite 300
Phoenix, AZ 85016

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __1/2/2010__  ____Andrew C Bailey____
(Signature)

__ANDREW C. BAILEY__
(Print Name)

__2500 N. Page Springs Rd__
(Business Address)

__Cornville, AZ 86325__
(City, State, Zip Code)



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

PHOENIX AZ 85016

| | | |
|---|---|---|
| Postage | $1.22 | 0942 |
| Certified Fee | $2.80 | 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.10 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.12 | 12/31/2009 |

Sent To: Tiffany T Bosco
Street, Apt. No.; or PO Box No.: 2525 East Camelback Rd Suite 300
City, State, ZIP+4: Phoenix, AZ 85016

PS Form 3800, August 2006       See Reverse for Instructions

7009 0820 0000 1811 7944