n̶ 

**FILED**

JAN 0 6 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09-bk-06979-RTBP |
| ANDREW C BAILEY<br>*Debtor(s)* | Chapter: 11 |

| | |
|---|---|
| ANDREW C. BAILEY<br>*Plaintiff(s)*<br><br>v.<br><br>WELLS FARGO BANK NA<br>et al.<br>*Defendant(s)* | Adversary No.: 2:09-ap-01731-RTBP |

## CERTIFICATE OF SERVICE

I, __ANDREW C. BAILEY__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __12/31/2009__ by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

John Stumpf, CEO (or the person most knowledgeable about Wells Fargo account # 0152325825)
Wells Fargo & Company,
420 Montgomery St,
San Francisco, CA 94163

01/07/2010

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __1/2/2010__    ___Andrew C.B.___
                         (Signature)

__Andrew C. Bailey__
(Print Name)
__2500 N. Page Springs Rd__
(Business Address)
__Cornville, AZ 86325__
(City, State, Zip Code)



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94163

| | | |
|---|---|---|
| Postage | $1.22 | 0942 |
| Certified Fee | $2.80 | 02 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.10 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.12 | 12/31/2009 |

Sent To: John Stumpf / Wells Fargo
Street, Apt. No.; or PO Box No.: 420 Montgomery St
City, State, ZIP+4: San Francisco, CA 94163

PS Form 3800, August 2006        See Reverse for Instructions