4.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

FILED
2010 JAN 12 PM 2:09
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

In re:

ANDREW C BAILEY
*Debtor(s)*

Case No.: 2:09-bk-06979-RTBP

Chapter: 11

---

ANDREW C. BAILEY
*Plaintiff(s)*

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

Adversary No.: 2:09-ap-01731-RTBP

---

## CERTIFICATE OF SERVICE

I, __ANDREW C BAILEY__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __1/8/2010__ by:
ACB

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: c/o Jacqueline H. Fronkmer, Pres
Lehman Brothers Bank FSB        Aurora Bank FSB
Brandywine Building
1000 West St, Suite 200
Wilmington DE 19801

01/13/2010

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 1/6/2010

(Signature)

ANDREW C. BAILEY
(Print Name)

2500 N. Page Springs Rd
(Business Address)

Cornville, AZ 86325
(City, State, Zip Code)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WILMINGTON DE 19801

| | |
|---|---|
| Postage | $1.22 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.02 |

Postmark Here — 01/06/2010

Sent To: Jacqueline H. Frontera / Lehman Bros Bank FSB / Aurora Bank FSB
Street, Apt. No.; or PO Box No.: Brandywine Bldg 1000 W St. Ste 200
City, State, ZIP+4: Wilmington, DE 19801

PS Form 3800, August 2006       See Reverse for Instructions

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:   Case No.: 2:09-bk-06979-RTBP

ANDREW C BAILEY   Chapter: 11
*Debtor(s)*

---

ANDREW C. BAILEY   Adversary No.: 2:09-ap-01731-RTBP
*Plaintiff(s)*

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, __Andrew C. Bailey__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __1/6/2010__ by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

First American Title Insurance Company
2910 N. 44th St, Suite 210
Phoenix AZ 85018

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __1/6/2010__   _____Andrew C. Bailey_____
                              (Signature)

___Andrew C. Bailey___
(Print Name)

___2500 N. Page Springs Rd___
(Business Address)

___Cornville, AZ 86325___
(City, State, Zip Code)