UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                           Case No.: 2:09–bk–06979–RTBP

   ANDREW C BAILEY                      Chapter: 11
*Debtor(s)*

---

   ANDREW C. BAILEY                   Adversary No.: 2:09–ap–01731–RTBP
*Plaintiff(s)*

v.

   WELLS FARGO BANK NA
   et al.
*Defendant(s)*

# ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or the plaintiff, if not represented by an attorney.

| Name and Address of Plaintiff's Attorney | ANDREW C. BAILEY 2500 N PAGE SPRINGS RD<br>CORNVILLE, AZ 86325 |
|---|---|

( Summons continued on next page )

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date: January 21, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court, Arizona <br> 230 North First Avenue, Suite 101 <br> Phoenix, AZ 85003–1727 <br> Telephone number: (602) 682–4000 <br> www.azb.uscourts.gov | Clerk of the Bankruptcy Court: <br><br> **Brian D. Karth**  |