



JAN 2 7 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

In re:

Case No.: 2:09–bk–06979–RTBP

ANDREW C BAILEY

Chapter: 11

*Debtor(s)*

---

ANDREW C. BAILEY

Adversary No.: 2:09–ap–01731–RTBP

*Plaintiff(s)*

v.

WELLS FARGO BANK NA
et al.

*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, ~~ANDREW C BAILEY~~ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on ___1/25/2010___ by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
(CERTIFIED) Leonard McDonald Esq
Tiffany + Bosco
2525 East Camelback Rd, Phoenix AZ 85016

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: ___1/25/2010___          ___(Signature)___
                                (Signature)

___ANDREW C. BAILEY___
(Print Name)
___2500 N. Page Springs Rd___
(Business Address)
___Cornville, AZ 86325___
(City, State, Zip Code)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

PHOENIX AZ 85016

| | | |
|---|---|---|
| Postage | $ | $5.00 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.80 |

0250
15
01/25/2010

Sent To: _Leonard McDonald_
Street, Apt. No.; or PO Box No. _2525 E Camelback Rd_
City, State, ZIP+4 _Phoenix, AZ 85016_

PS Form 3800, August 2006          See Reverse for Instructions

SUMALIAS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

ANDREW C BAILEY
*Debtor(s)*

Case No.: 2:09–bk–06979–RTBP

Chapter: 11

---

ANDREW C. BAILEY
*Plaintiff(s)*

v.

WELLS FARGO BANK NA
et al.
*Defendant(s)*

Adversary No.: 2:09–ap–01731–RTBP

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or the plaintiff, if not represented by an attorney.

| Name and Address of Plaintiff's Attorney | ANDREW C. BAILEY 2500 N PAGE SPRINGS RD<br>CORNVILLE, AZ 86325 |
|---|---|

( Summons continued on next page )

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date: January 21, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1727
Telephone number: (602) 682-4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

Case 2:09-ap-01731-RTBP    Doc 13   Filed 01/27/10   Entered 01/29/10 15:22:54   Desc
Case 2:09-ap-01731-RTBP    Doc 9   Filed 01/21/10   Entered 01/21/10 09:11:36   Desc
Main Document    Page 4 of 4
Alias Summons    Page 2 of 2

01/28/2010