# TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14716

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Andrew C. Bailey<br>    Debtor.<br><br>WELLS FARGO BANK NA a/k/a WELLS FARGO HOME MORTGAGE (WELLS FARGO); LEHMAN BROTHERS BANK FSB (LEHMAN BROTHERS); FIRST AMERICAN TITLE INSURANCE COMPANY (FIRST AMERICAN); JOHN DOES "1-1000",<br>    Movant,<br>vs.<br><br>Andrew C. Bailey, Debtor; Office of the US Trustee, Trustee.<br>    Respondents. | No. 2:09-bk-06979-RTBP<br><br>Adv. No. **2:09-ap-01731-RTBP**<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE |

STATE OF ARIZONA    )
                           )ss.
County of Maricopa    )

I, Mark S. Bosco, under oath, depose and say:

That on the 17th day of February, 2010, I mailed a copy of the Notice of Hearing on Movant's Motion to Dismiss Amended Complaint in referenced to the above-captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Andrew C Bailey
2500 N Page Springs Rd
Cornville, Az 86325
Pro Se

John L Baxter
P O Box 1539
Sisters, Or 97759

U.S. Trustee
U.S. Trustee
Office Of The U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Az 85003

Jennifer A. Giaimo
Office Of The U.S. Trustee
230 N. First Ave., #204
Phoenix, Az 85003-1706

Larry Lee Watson
Office Of The U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Az 85003-1706

…

…

…

…

…

…

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                          TIFFANY & BOSCO, P.A.                  |
| 2  | By _____                                      |
| 3  |                          Mark S. Bosco                          |
|    |                          2525 East Camelback Road               |
|    |                          Suite 300                              |
| 4  |                          Phoenix, Arizona 85016                 |

SUBSCRIBED AND SWORN to before me this 17th day of February, 2010.

My Commission Expires:

_____
Notary Public

OFFICIAL SEAL
McKINLEY SEDIG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 5, 2013