**SO ORDERED.**

Dated: March 24, 2010

/s/ Redfield T. Baum
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW C. BAILEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK NA a/k/a WELLS FARGO HOME MORTGAGE (WELLS FARGO); LEHMAN BROTHERS BANK FSB (LEHMAN BROTHERS); FIRST AMERICAN TITLE INSURANCE COMPANY (FIRST AMERICAN); JOHN DOES "1-1000",<br><br>　　　　　Defendants. | (Chapter 13)<br><br>Case No. 2:09-bk-06979-RTBP<br><br>Adv. No. 2:09-ap-01731-RTBP<br><br>**ORDER STAYING DISCOVERY UNTIL AFTER ANSWER IS FILED** |

The Court, having reviewed the Defendants Wells Fargo Bank N.A. and Lehman Brothers, FSB's (the "Defendants") Motion to Stay Discovery Until After Answer is Filed and good cause appearing,

IT IS HEREBY ORDERED that discovery is stayed in this matter until after the Court has ruled on the Defendants' pending Motion to Dismiss and, if denied, after the Defendants have filed an Answer to the Complaint.

DATED: _____

_____
Redfield T. Baum, Judge
United States Bankruptcy Court

-1-

| | |
|---|---|
| 1 | |
| 2 | ORIGINAL lodged electronically with the United States Bankruptcy Court, District of Arizona, |
| 3 | this 12th day of February, 2010; COPY mailed this 12th day of February, 2010 to: |
| 4 | |
| 5 | Andrew C. Bailey 2500 N. Page Springs Rd. |
| 6 | Cornville, AZ 86325 Debtor, Pro Se |
| 7 | |
| 8 | John L. Baxter P.O. Box 1539 |
| 9 | Sisters, OR 97759 |
| 10 | U.S. Trustee Office of the U.S. Trustee |
| 11 | 230 North First Avenue, Suite 204 Phoenix, AZ 85001706 |
| 12 | |
| 13 | Jennifer A. Giaimo Office of the U.S. Trustee |
| 14 | 230 N. First Avenue, Suite 204 Phoenix, AZ 85003-1706 |
| 15 | |
| 16 | Larry Lee Watson Office of the U.S. Trustee |
| 17 | 230 North First Avenue, Suite 204 Phoenix, AZ 85003-1706 |
| 18 | |
| 19 | /s/ Karen McElroy 7000-003/424854 |