FORM VAN–AD029
REVISED 12/01/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09–bk–06979–RTBP |
| ANDREW C BAILEY<br>*Debtor(s)* | Chapter: 11 |
| ANDREW C. BAILEY<br>*Plaintiff(s)*<br>v.<br>WELLS FARGO BANK NA<br>et al.<br>*Defendant(s)* | Adversary No.: 2:09–ap–01731–RTBP |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above–entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum PCT Sr. on 5/5/10 at 10:00 AM, to consider and act upon the following matters:

DEBTOR'S MOTION TO AMEND COMPLAINT

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 14 days after service within which to serve and file a responsive memorandum, and the moving party shall have 14 days after service of the responsive memorandum to serve and file a reply.

**Date: May 3, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**