FORM VAN−AD029
REVISED 12/01/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09−bk−06979−RTBP |
| ANDREW C BAILEY | Chapter: 11 |
| *Debtor(s)* | |

| | |
|---|---|
| ANDREW C. BAILEY | Adversary No.: 2:09−ap−01731−RTBP |
| *Plaintiff(s)* | |
| v. | |
| WELLS FARGO BANK NA et al. | |
| *Defendant(s)* | |

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum PCT Sr. on 5/5/10 at 10:00 AM, to consider and act upon the following matters:

DEBTOR'S MOTION TO AMEND COMPLAINT

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 14 days after service within which to serve and file a responsive memorandum, and the moving party shall have 14 days after service of the responsive memorandum to serve and file a reply.

**Date: May 3, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** | Clerk of the Bankruptcy Court: |
| U.S. Bankruptcy Court, Arizona 230 North First Avenue, Suite 101 Phoenix, AZ 85003−1727 Telephone number: (602) 682−4000 www.azb.uscourts.gov | **Brian D. Karth** |

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: davisl              Page 1 of 1              Date Rcvd: May 03, 2010
Case: 09-01731                Form ID: vanad029         Total Noticed: 1
```

The following entities were noticed by first class mail on May 05, 2010.
```
pla            +ANDREW C. BAILEY,   2500 N PAGE SPRINGS RD,   CORNVILLE, AZ 86325-6122
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft            FIRST AMERICAN TITLE INSURANCE CO
dft            LEHMAN BROTHERS BANK FSB
dft            WELLS FARGO BANK NA
                                                                                                   TOTALS: 3, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2010**                     **Signature:**      *Joseph Speetjens*