LEONARD J. MCDONALD (SBN 014228)
KEVIN P. NELSON (SBN 023381)

**TIFFANY & BOSCO** P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
E-MAIL:    ljm@tblaw.com
           kpn@tblaw.com

ATTORNEYS FOR DEFENDANTS WELLS FARGO BANK, NA
AND LEHMAN BROTHERS BANK, FSB

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW C. BAILEY, | (Chapter 11) |
| Plaintiff, | Case No. 2:09-bk-06979-RTBP |
| vs. | **Adv. No. 2:09-ap-01731-RTBP** |
| WELLS FARGO BANK NA a/k/a WELLS FARGO HOME MORTGAGE (Wells), LEHMAN BROTHERS BANK FSB (Lehman), and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and JOHN DOES "1-1000" inclusive. | **NOTICE OF HEARING** |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that:

A hearing in the above-entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, Arizona, before the Honorable Redfield T. Baum on June 30, 2010, at 10:00 a.m. to consider and act on the following matter:

**DEFENDANTS WELLS FARGO BANK, N.A. AND LEHMAN BROTHERS BANK, FSB'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF STANDING, BREACH OF CONTRACT, DAMAGES FOR FRAUD, QUIET TITLE, EMERGENCY INJUNCTIVE RELIEF**

Pursuant to Local Bankruptcy Rule 9013(1)(c), the party responding to the motion shall have 14 days after service within which to serve and file a responsive memorandum, and the moving party shall have 14 days after service of the responsive memorandum to serve and file a reply.

RESPECTFULLY SUBMITTED this 26th day of May, 2010.

**TIFFANY & BOSCO, P.A.**

By: /s/ Kevin P. Nelson
Leonard J. McDonald
Kevin P. Nelson
2525 E. Camelback Road, 3rd Floor
Phoenix, Arizona 85016-4237
ATTORNEYS FOR DEFENDANTS WELLS FARGO BANK, NA AND LEHMAN BROTHERS BANK, FSB

ORIGINAL filed electronically with the United States Bankruptcy Court, District of Arizona, this 26th day of May, 2010, and a copy mailed the 26th day of May, 2010 to:

Andrew C. Bailey
2500 N. Page Springs Rd.
Cornville, AZ 86325
*Plaintiff/Debtor pro se*

| | |
|---|---|
| 1 | U.S. Trustee |
| 2 | Office of the U.S. Trustee |
|   | 230 N. First Ave. |
| 3 | Suite 204 |
|   | Phoenix, AZ 85003 |
| 4 | |
| 5 | Jennifer A. Giaimo |
|   | Office of the U.S. Trustee |
| 6 | 230 N. First Ave., # 204 |
|   | Phoenix, AZ 85003-1706 |
| 7 | |
| 8 | Larry Lee Watson |
|   | Office of the U.S. Trustee |
| 9 | 230 N. First Ave., # 204 |
|   | Phoenix, AZ 85003-1706 |
| 10 | |
| 11 | /s/ Brady R. Cullimore |
| 12 | 13195-002/432440 |