**SO ORDERED.**

**Dated: July 06, 2010**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Steven D. Jerome (#018420)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: sjerome@swlaw.com
Attorneys for Wells Fargo Bank, N.A.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Proceedings Under Chapter 11 |
|---|---|
| ANDREW C BAILEY, | Case No. 2:09-bk-06979-RTBP |
| Debtor. | Adversary Case No. 2:09-ap-01731-RTBP |
| ANDREW C. BAILEY, | **ORDER AUTHORIZING SUBSTITUTION OF COUNSEL** |
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK NA ET AL., | |
| Defendants. | |

Based upon that certain *Application for Order Authorizing Substitution of Counsel*, and good cause appearing,

IT IS HEREBY ORDERED that Steven D. Jerome of the law firm SNELL & WILMER L.L.P., is substituted in place of Tiffany & Bosco, P.A., as counsel of record for Wells Fargo Bank, NA. ("Wells Fargo"). Effective immediately, all papers to be served on Wells Fargo in this case shall be served on Mr. Jerome as follows:

> Steven D. Jerome
> SNELL & WILMER L.L.P.
> One Arizona Center
> Phoenix, AZ 85004-2202
> Email: sjerome@swlaw.com

**DATED AND SIGNED ABOVE.**

11688048