2



IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

FOR MATTER TAKEN UNDER ADVISEMENT

| | |
|---|---|
| Bankruptcy Judge: | Hon. Redfield T. Baum |
| Case Name: | Andrew C. Bailey,   Chapter 11 |
| Case No.: | 2:09-bk-06979-RTBP |
| Adversary Name: | Andrew C. Bailey vs. Wells Fargo Bank & Lehman Brothers Bank FSB & First American Title Insurance Co., & John Does "1-1000" |
| Adversary No.: | 2:09-1731 |
| Subject of Hearing: | Motion To Dismiss Second Amended Complaint Filed by Lehman Brothers Bank FSB, Wells Fargo Bank, NA |
| Date Matter Taken Under Advisement: | June 30, 2010 |
| Date Ruled Upon: | July 13, 2010 |

Pending before the court is the motion to dismiss second amended complaint filed by Wells Fargo Bank and Lehman Brothers Bank ["Motion" at docket #39]. On June 30, 2010, the court held oral argument on the Motion. After careful review of the record, and based upon good cause in the Motion, the court concludes that the second amended complaint fails to state a claim upon which relief can be granted. Therefore, the Motion is granted.

Counsel for defendants shall prepare and lodge an appropriate form of order.

Copy of the foregoing
mailed this __13__ day of
July, 2010 to:

Kevin Patrick Nelson
TIFFANY & BOSCO, PA
2525 E. Camelback Road, 3rd Floor
Phoenix, Arizona 85016

Steven D. Jerome
Andrew V. Hardenbrook
SNELL & WILMER
One Arizona Center
Phoenix, Arizona 85004-2202

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85004

Andrew C. Bailey
2500 N. Page Springs Road
Cornville, Arizona 86325

by _____
    Judicial Assistant

07/14/2010